No. 82–1646.  ROLLS-ROYCE LTD. *v.* NALLS, ADMINISTRATOR FOR THE ESTATE OF ABRAHAM, ET AL.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE BLACKMUN would grant certiorari.

JUSTICE POWELL, dissenting.

I dissent from the denial of the petition for writ of certiorari for reasons similar to those stated by Judge Wilkey in his Statement as to Reasons for Voting for En Banc Consideration in the Court of Appeals.  226 U. S. App. D. C. 276, 702 F. 2d 255 (1983).